IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                ORDER

                                                04-cr-140-bbc

                     Plaintiff,                          13-cv-509-bbc

    v.

KEITH A. POPHAL,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Keith A. Pophal has filed a motion for post conviction relief under 28 U.S.C. § 2255, contending that his 2005 conviction for being a felon in possession of firearms can no longer stand in light of two recent decisions by the United States Supreme Court in <u>Alleyne v. United States</u>, 133 S. Ct. 2151 (2013), and <u>Descamps v. United States</u>, 133 S. Ct. 2276 (2013).  His motion must be dismissed for lack of jurisdiction, because he filed a § 2255 motion in 2012, which was denied in an order entered on October 3, 2012.  Dkt. #2.  Under 28 U.S.C. § 2255(h), he cannot file a second motion unless he obtains certification for filing from a panel of the Court of Appeals for the Seventh Circuit.  Until he does so, this court has no jurisdiction to consider any motion he might file.


ORDER

      IT IS ORDERED that defendant Keith A. Pophal's motion for post conviction relief

1

under 28 U.S.C. § 2255 is DENIED for lack of jurisdiction.

    Entered this 22d day of July, 2013.

                                    BY THE COURT:
                                    /s/
                                    BARBARA B. CRABB
                                    District Judge