IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH A. POPHAL,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 13-cv-509-bbc

UNITED STATES OF AMERICA,

    Respondent.

    This action came before the court for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Keith A. Pophal's motion for post-conviction relief under 28 U.S.C. § 2255 for lack of jurisdiction.

/s/　　　　　　　　　　　　　　　　　　7/22/2013
Peter Oppeneer, Clerk of Court　　　　　　Date